IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:24-cr-00102-RAH-KFP |
| ANDREW TINAJERO-HERNANDEZ | ) | |

**O R D E R**

On May 6, 2024, the Magistrate Judge entered a Report and Recommendation Concerning Plea of Guilty (Doc. 36), to which Notices of No Objection have been filed (Docs. 38, 39). Accordingly, it is

ORDERED that the Magistrate Judge's Recommendation (Doc. 36), is ADOPTED, the Court ACCEPTS the Defendant's plea of guilty as to Count 1 of the Indictment, and the Defendant is adjudged guilty of this offense.

DONE this the 9th day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE